NORTHWESTERN FIRE AND MARINE INSURANCE COMPANY, Appellant, *v.* FRED T. LEY & Co., INC., Defendant, and COWLES TOWING COMPANY, INC., Respondent.

(Argued January 16, 1934; decided February 27, 1934.)

428

*Charles S. Desmond* for appellant.
*Arthur E. Otten* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., LEHMAN, O'BRIEN and CROUCH, JJ. Dissenting: CRANE and HUBBS, JJ. Not voting: KELLOGG, J.